**ORIGINAL**

Donald A. Nunn, Esq.  SBN 54232
13426 Community Road
Poway, CA 92064
Telephone: (858)748-8612
Facsimile:  (858)748-8610

Attorney for Defendant,
Mario Carlos Sanchez-Sarmiento

FILED

2006 OCT 13  PM 3: 26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO CARLOS SANCHEZ-SARMIENTO<br><br>Defendant. | Case No. 04 CR 2407-003-DMS<br><br>STIPULATION AND ORDER RE: CHANGE OF SENTENCING HEARING DATE |

## STIPULATION

COMES NOW the Defendant, MARIO CARLOS SANCHEZ-SARMIENTO, by and through his Attorney, Donald A. Nunn, and the United States of America, by and through Assistant United States Attorney Timothy Coughlin, and request this Court to continue the sentencing date, presently scheduled for Monday, October 16, 2006 at 9:00 a.m., to Friday, January 19, 2007, at 9:00 a.m. because counsel need more time to prepare for the sentencing, and to resolve certain issues of importance which require resolution prior to the sentencing hearing.

///

1   Both parties agree to continue the sentencing hearing to the indicated date, and the new
2   sentencing date has been cleared with Court Clerk Jamie Klosterman.
3   IT IS SO STIPULATED.
4
5   DATE: October 12, 2006
6
7   By: _____
    Timothy Coughlin
8   Assistant United States Attorney
9   DATE: October 12, 2006
10
    By: _____
11  Donald A. Nunn
    Attorney for Defendant,
12  Mario Carlos Sanchez-Sarmiento
13
14  **ORDER**
15  IT IS HEREBY ORDERED that the Sentencing Date in the above referenced case be
16  continued from Monday, October 16, 2006 at 9:00 a.m., to Friday, January 19, 2007, at 9:00
17  a.m.
18
19  IT IS SO ORDERED.
20
21  DATE: 10-12-06
22
23
24  _____
    HONORABLE DANA M. SABRAW
25  JUDGE OF THE UNITED STATES
    DISTRICT COURT
26
27
28